STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MATTHEW J. HALE, JR., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted September 11, 1972—Decided September 19, 1972.

Before Judges COLLESTER, LEONARD and HALPERN.

*Mr. George H. Barbour,* attorney for appellant.

*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney for respondent (*Mr. Fred H. Kumpf,* Deputy Attorney General, of counsel and on the brief).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed by Judge Martino, 116 *N. J. Super.* 106 (Law Div. 1971).